UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MYRIAM DURAND,<br><br>Plaintiff,<br><br>-v.-<br><br>SPRINGVALE NURSING AND REHABILITATION CENTER and ABDOUL ABUBAKAR,<br><br>Defendants. | 26 Civ. 16 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On June 26, 2026, the Court was notified that mediation in this matter was unsuccessful. (Dkt. #15) Accordingly, the parties are **ORDERED** to attend a telephonic initial pretrial conference on **July 28, 2026**, at **10:00 a.m.** At the designated time, the parties shall call (855) 244-8681 and enter access code 2315 780 7370. The Court expects that the parties will submit a joint letter and proposed case management plan by **July 23, 2026**. The joint letter and proposed case management plan should provide time for Plaintiff to file an Amended Complaint (and Defendants to file Amended Answers) if she wishes.

SO ORDERED.

Dated: June 29, 2026
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge