T.A. BLACKBURN LAW, PLLC
1242 East 80th Street, 3rd Floor, Brooklyn, New York 11236
Phone: (347) 342-7432 | Email: tblackburn@tablackburnlaw.com

October 13, 2026

VIA ECF
Hon. Katherine Polk Failla, U.S.D.J.
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

Re: *Durand v. Springvale Nursing and Rehabilitation Center, et al.*
No. 1:26-cv-00016 (KPF)

Letter Motion for Leave to File the
First Amended Complaint Out of Time

Dear Judge Failla:

I represent Plaintiff Myriam Durand. Pursuant to Federal Rules of Civil Procedure 6(b)(1)(B) and 15(a)(2) and Your Honor's Individual Rules of Practice, I respectfully request leave to file the First Amended Complaint out of time and an extension, nunc pro tunc, of Plaintiff's August 25, 2026, deadline (Dkt. #19) to the date of this letter. This is Plaintiff's first request to the Court to extend this deadline.

The delay was caused by the failure of the external hard drive that houses my firm's case files. I lost more than 60,000 documents and records, including materials in Plaintiff's file, and a third-party recovery company has recovered only approximately 25,000 of them. I had to rebuild the amended complaint and wait for Plaintiff to resend the three audio recordings on which her whistleblower allegations rest. I explained these circumstances to defense counsel, who consented to an extension to September 14, 2026, and, on September 28, 2026, to the Court's law clerk by email, copying defense counsel. I apologize to the Court and to the Defendants for the delay and for not presenting the earlier agreed extension to the Court for approval.

The delay resulted from an equipment failure, not a lack of diligence. Defendants will not be prejudiced; the amended pleading arises from the same employment relationship and events. Plaintiff proposes that Defendants answer or otherwise respond within twenty-one days after the First Amended Complaint is deemed filed and does not seek to change any other date.

The proposed First Amended Complaint is attached as Exhibit A, and a redline comparison showing the changes from the original Complaint (Dkt. #1) is attached as Exhibit B. I thank the Court for its consideration.

Respectfully submitted,

*/s/ Tyrone A. Blackburn, Esq.*
Tyrone A. Blackburn, Esq.
T.A. Blackburn Law, PLLC
Attorney for Plaintiff Myriam Durand

Enclosures: Exhibit A (proposed First Amended Complaint); Exhibit B (redline comparison)
cc: All counsel of record (via ECF)

The Court is in receipt of Plaintiff's letter motion on October 13, 2026 requesting an extension *nunc pro tunc* to file the First Amended Complaint ("FAC"). Defendants have not submitted any opposition to this request. Accordingly, the application is GRANTED. Plaintiff shall file its FAC on or before **October 30, 2026.**

The Clerk of Court is directed to terminate the pending motion at docket entry 22.

Dated: October 19, 2026
New York, New York

SO ORDERED.

Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE